UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:13-CR-00145-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERIC ANTON PAUL WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a pro se Defendant's motion to receive good time credit under the First Step Act of 2018 (Doc. No. 31). The First Step Act amended 18 U.S.C. § 3624 to permit federal inmates to earn up to 54 days of good conduct time for each year of incarceration, effectively abrogating Barber v. Thomas, 560 U.S. 474 (2010). See First Step Act, Pub. L. 115-391 § 102 (2018).

On July 9, 2019, Defendant filed this motion, complaining he had not received additional good time credit. But, as several courts have recognized, the good time credit provision did not become effective until July 19, 2019. See Bottinelli v. Salazar, 929 F.3d 1196, 1202 (9th Cir. 2019); Graves v. Andrews, No. 5:19-HC-2053-FL, 2019 WL 6044883, at *1 (E.D.N.C. Nov. 14, 2019). Notably, Defendant has not supplemented his motion since that time. Accordingly, the Court finds that Defendant's motion was premature, and that the Bureau did not violate the Act.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to receive good time credit under the First Step Act of 2018 (Doc. No. 31) is **DENIED.**

Signed: January 3, 2020

Max O. Cogburn Jr
United States District Judge